1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| JOHN DOE, | Case No. 1:24-cv-00943-EPG-HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO FILE ANSWER |
| v. | ORDER FOR RESPONDENT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO OBEY COURT ORDER |
| MINGA WOFFORD, et al., | |
| Respondents. | |

12
13
14
15
16

17     On May 6, 2025, this Court ordered that within thirty days of the date of service of the

18   order, Respondent was to file an answer. (ECF No. 15 at 14.) Thus, the answer was due June 5,

19   2025. To date, Respondent has yet to file an answer.

20     Rule 110 of the Local Rules of Practice for the United States District Court, Eastern

21   District of California provides: "Failure of counsel or of a party to comply with these Rules or

22   with any order of the Court may be grounds for imposition by the Court of any and all sanctions

23   authorized by statute or Rule or within the inherent power of the Court."

24     Accordingly, IT IS HEREBY ORDERED that:

25   1. Within **seven (7) days** of the date of service of this order, Respondent SHALL FILE an

26      answer; and

27   ///

28   ///

2. Within **seven (7) days** of the date of service of this order, Respondent SHALL SHOW CAUSE why sanctions should not be imposed for failure to obey the Court's May 6, 2025 order.

IT IS SO ORDERED.

Dated:    **June 10, 2025**                    /s/ *Erica P. Grosj*
                                         UNITED STATES MAGISTRATE JUDGE