# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | Case No. 1:24-cv-00943-EPG-HC |
| Petitioner, | ORDER DIRECTING RESPONDENTS TO RELEASE PETITIONER |
| v. | ORDER DIRECTING COUNSEL TO FILE STATUS REPORT |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | ORDER REGARDING CONDITIONS OF RELEASE |

Petitioner John Doe, represented by counsel, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The parties have consented to the jurisdiction of a United States magistrate judge. (ECF Nos. 4, 10, 11.)

On November 20, 2025, this Court granted Petitioner's petition for writ of habeas corpus and found that Petitioner's release from detention is the appropriate remedy. (ECF No. 24.) On November 24, 2025, in accordance with the Court's order, the parties submitted a joint statement regarding conditions of release. (ECF No. 26). The Court adopts the parties' joint stipulation and declines to adopt either party's additional conditions.

Accordingly, the Court HEREBY ORDERS that:

1. Respondents **SHALL RELEASE** Petitioner from detention on or before **5 p.m. on November 26, 2025**.

2. On or before 10 a.m. on December 1, 2025, counsel for Respondents SHALL file a status report to confirm that Petitioner has been released. Counsel for Petitioner may file a status report if they so choose.

3.   Mr. Doe's sponsor shall be his partner, Patty Benitez. Ms. Benitez shall verify under penalty of perjury that she takes full responsibility for monitoring Mr. Doe's compliance with the conditions of his release. Ms. Benitez shall notify DHS at email address roger.h.dinh@ice.dhs.gov if Mr. Doe violates any conditions of his release.

4.   Upon Mr. Doe's release, Ms. Benitez must transport him to the Residence set forth in the parties' stipulation.

5.   Within one business day of release, Mr. Doe must report to the nearest sheriff's office in Salinas to register his address pursuant to California Penal Code § 290.

6.   Mr. Doe shall comply with all provisions regarding sex offender registration pursuant to California Penal Code § 290 *et seq.*

7.   Mr. Doe must submit to location monitoring via GPS ankle monitor as directed by DHS (ERO and ICE personnel).

8.   Mr. Doe must not violate any federal, state or local law.

9.   Mr. Doe must not possess any firearm, destructive device, or other dangerous weapon.

10.  Mr. Doe must not have unsupervised contact with any minor, with the exception of his 17 year-old son.

11.  DHS, ERO, or ICE may re-arrest and re-detain Mr. Doe if he has been arrested by federal, state or local authorities for new criminal conduct.

12.  Nothing in this order limits DHS, ERO, or ICE's authority to detain Mr. Doe for removal from the United States if there is a final order of removal and there is no stay of removal in place.

IT IS SO ORDERED.

Dated:   **November 25, 2025**                    /s/ *Erica P. Grosjean*
                                                 UNITED STATES MAGISTRATE JUDGE