# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>        Petitioner,<br><br>    v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>        Respondents. | Case No. 1:24-cv-00943-EPG-HC<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

On November 20, 2025, the Court granted Petitioner's petition for writ of habeas corpus. (ECF No. 24.) On November 25, 2025, the Court ordered Respondents to release Petitioner. (ECF No. 27.) On December 1, 2025, Respondents filed a status report stating that "after conferring with Petitioner's counsel and DHS personnel, Respondent affirms that on 11/25/2025 Petitioner in fact was released from civil detention[.]" (ECF No. 29.)

Accordingly, the Clerk of Court is DIRECTED to enter judgment in accordance with the Court's November 20, 2025 order and to close the case.

IT IS SO ORDERED.

Dated: **December 2, 2025**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE